

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. IV)

       :     Consolidated Under
       :     MDL DOCKET NO. 875

BENJAMIN HILL CARTER, JR.

       :     E.D. PA Civil Action No.
       :     09-cv-74351*

v.

**FILED**

09 - 92628 - file

FIBERBOARD CORP., et al.

FEB 2 9 2012

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

Transferor Court:
S.D. Georgia
91-00164

## ORDER

AND NOW, this 28 day of February , 2012, upon consideration of
the pleadings and the record herein, and after review of the Report and Recommendation of M.
Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:[1]

> Defendant CSX Transportation's Motion to Strike the Rebuttal Expert
> Report of Dr. James Millette [See Docket #23] is **GRANTED.**  This
> expert report fails to directly rebut the Defendant's experts and Plaintiffs
> have presented no justification for a delayed expert report.

It is further ORDERED that Judge Angell's Report and
Recommendation is APPROVED and ADOPTED.

BY THE COURT:

Feb. 28, 2012

_____
EDUARDO C. ROBRENO,            J.

* This ruling applies to all of the cases in which Dr. Millette has been offered as a "rebuttal"
expert as identified in Exhibit "A."

[1] No objections have been filed.

## EXHIBIT "A"

| | |
|---|---|
| *Benjamin Hill Carter, Jr.* | 2:09-cv-74351-ER |
| *Bobby R. Carter, Sr.* | 2:09-cv-92628-ER |
| *Jesse Ralph Carter,* | 2:09-cv-74410-ER |
| *Orville Carter,* | 2:09-cv-74246-ER |
| *Elmon L. Courson,* | 2:09-cv-74337-ER |
| *Walter Lee Easton,* | 2:09-cv-74467-ER |
| *Robert C. Ellis,* | 2:09-cv-74484-ER |
| *Jack B. Howell,* | 2:09-cv-92610-ER |
| *Eddie Lamorris Hyers,* | 2:09-cv-74245-ER |
| *Warren Johnston, Jr.,* | 2:09-cv-92657-ER |
| *Henry H. Jones,* | 2:09-cv-92661-ER |
| *Ronald K. Regulas, Sr.* | 2:09-cv-92660-ER |
| *Raymond L. Rosenblatt,* | 2:09-cv-92640-ER |
| *George A. Shuman,* | 2:09-cv-92636-ER |
| *John M. Taylor,* | 2:09-cv-92637-ER |
| *Thomas Wilson,* | 2:09-cv-92607-ER |
| *Roscoe Wolfe,* | 2:10-cv-60978-ER |